D+F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
MARILYN ALVERANGA,

      Plaintiff,

  -against-

MORRIS G. WINSTON, et al.,

      Defendants.
-------------------------------------------------------------------- X

04-CV-4356 (ARR) (CLP)

NOT FOR ELECTRONIC
OR PRINT
PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

  The court has received the Report and Recommendation on the instant case dated January 9, 2007, and the supplemental Report and Recommendation dated January 22, 2007, from the Honorable Cheryl L. Pollak, United States Magistrate Judge. No objections have been filed. Having conducted a de novo review of the record, the court hereby adopts the Reports and Recommendations, in their entirety, as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1).

  Accordingly, the court orders that pursuant to 28 U.S.C. § 1447(c) plaintiff is awarded reasonable fees and costs in the amount of $10,767.60. This total amount represents 15.72 hours at $250.00 per hour for Sandra R. Schiff and 36.96 hours at $185.00 per hour for Jonathan S. Horn. The Clerk of the Court is directed to enter judgment accordingly.

  SO ORDERED.

                _____
                Allyne R. Ross
                United States District Judge

Dated: February 16, 2007
    Brooklyn, New York

1

SERVICE LIST:

    *Counsel for Plaintiff:*
    Sandra R. Schiff
    122 East 42nd Street
    Suite 2112
    New York, NY 10168

    *Counsel for Defendants*:
    Robert A. Fitch
    Newman, Fitch, Altheim, Meyers, P.C.
    14 Wall Street 22nd Floor
    New York, NY 10005


cc:    Magistrate Judge Pollak